IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TU D. LU,

    Plaintiff,

  v.

JUDGE MARK A. TALAMANTES,

    Defendant.

No. C 16-03873 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for leave to amend and dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Judge Mark A. Talamantes and against plaintiff Tu D. Lu. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE